# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**REBECCA TERWILLIGER, as Natural Parent and Guardian of DT, an Infant, and DANA ECHAURI, as Natural Parent and Guardian of VO, an Infant**

    Plaintiff
vs.                                **CASE NUMBER: 3:12-CV-1750 (TJM/DEP)**

**SUZANNE McLEOD, Superintendent of Schools for Union-Endicott Central School District, Individually and in her Official Capacity, ANN MARIE FOLEY, Principal of Jennie F. Snapp Middle School, Individually and in her Official Capacity, SCOTT ALSTON, Detective for the Endicott Police Department, and MICHAEL S. HILLA, Juvenile Officer for the Endicott Police Department, Individually and in his Official Capacity,**

    Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment filed by Suzanne McLeod and Annmarie Foley is GRANTED, all claims against defendants McLeod and Foley are DISMISSED with prejudice. The Motion for Judgment on the Pleadings filed by defendants Scott Alston and Michael S. Hilla was previously GRANTED and all claims were DISMISSED against defendants Alston and Hilla on 5/21/2013.

All of the above pursuant to the Orders of the Honorable Judge Thomas J. McAvoy, dated the 5/21/2013 and 9/12/2013.

DATED: September 16, 2013

                                                    Clerk of Court

                                                    s/

                                                    Joanne Bleskoski
                                                    Deputy Clerk